# EXHIBIT A

# Exhibit A

## Infringement Claim Chart — U.S. Patent No. 7,673,137

System and Method for the Managed Security Control of Processes on a Computer System

**Endpoint Central Cloud Security Edition**

| Claim 1 | Endpoint Central Cloud Security Edition Mapping |
|---|---|
| **1[pre]: "A system for managing security of a computing device comprising:"** | To the extent the preamble is limiting, the Endpoint Central Cloud Security Edition[1] meets the requirement "A system for managing security of a computing device comprising" literally or under the doctrine of equivalents.<br><br>ManageEngine documents the cloud edition as a unified endpoint security platform delivered through a single lightweight agent: "Endpoint Central Cloud includes vulnerability management, patch management, EDR, application control, device control, browser security, BitLocker management, DLP, and anti-ransomware." *See* Endpoint Central Cloud — product page, FAQ, https://www.manageengine.com/products/desktop-central/cloud/. The Security |

1 "Endpoint Central Cloud Security Edition" refers to one or more of ManageEngine Endpoint Central Cloud licensed as Security Edition with the Endpoint Detection and Response (EDR) add-on enabled, including the Application Control, Malware Protection, and Anti-Ransomware modules delivered through the single Endpoint Central Cloud Windows agent. This configuration is exemplary only. Because ManageEngine offers Application Control, Malware Protection, Anti-Ransomware, and EDR as add-ons across its other Endpoint Central Cloud editions, any Endpoint Central Cloud deployment combining Application Control with the EDR, Malware Protection, or Anti-Ransomware modules infringes for reasons identical or substantially similar to those set out below, and Plaintiff reserves the right to accuse those configurations and any successor or renamed versions.

| Claim 1 | Endpoint Central Cloud Security Edition Mapping |
| --- | --- |
| | Edition that carries those security modules is expressly offered on the cloud edition. *See also* Security Edition is now available for Endpoint Central Cloud, https://pitstop.manageengine.com/portal/en/community/topic/security-edition-is-now-available-for-endpoint-central-cloud. The EDR add-on is likewise documented as available for the cloud edition, and is marked unavailable in the on-premises column of the same matrix. *See also* Endpoint Central edition comparison matrix, "OP vs Cloud: Security" table, https://www.manageengine.com/products/desktop-central/cloud/edition-comparison-matrix.html.<br><br>The system runs on the computing device, and does so at least partly inside that device's operating system. "Endpoint Central agent is a lightweight software installed on the endpoints that is required to be managed by your IT administration team." *See* Endpoint Central cloud architecture — Endpoint Central help, https://www.manageengine.com/products/desktop-central/help/server/cloud-architecture.html. The EDR add-on runs on that same endpoint agent: "No. The existing Endpoint Central agent fully supports Endpoint Detection and Response capabilities, so no additional agent deployment is required." *See* Endpoint detection and response — Endpoint Central, FAQ, https://www.manageengine.com/products/desktop-central/endpoint-detection-and-response-edr.html.<br><br>The Application Control component of the same agent is enforced in the kernel: "Policies received by the agent are enforced by a kernel-mode driver named acp_driver." *See* Understanding Application Control, https://www.manageengine.com/products/desktop-central/help/application-control/ac-how-it-works.html. The same agent additionally carries the dcfafilter |

| Claim 1 | Endpoint Central Cloud Security Edition Mapping |
|---|---|
| | kernel-mode driver for Device Control. *See also* Device Control — how it works, https://www.manageengine.com/products/desktop-central/help/device-control/how-it-works.html. Device control is marked available in the Cloud column of ManageEngine's comparison matrix. *See also* Endpoint Central edition comparison matrix, "OP vs Cloud: Security" table, https://www.manageengine.com/products/desktop-central/cloud/edition-comparison-matrix.html. |
| **1[a]: "a pre-execution module operable for receiving notice from the computing device's operating system that a new program is being loaded onto the computing device;"** | The Endpoint Central Cloud Security Edition meets the requirement "a pre-execution module operable for receiving notice from the computing device's operating system that a new program is being loaded onto the computing device" literally or under the doctrine of equivalents.<br><br>Application control is one of the endpoint security capabilities ManageEngine lists for the cloud edition, under the heading "Application & Privilege Control": "Strengthen endpoint security with trusted application control and least-privilege enforcement." *See* Endpoint Central Cloud — product page, endpoint security capabilities, https://www.manageengine.com/products/desktop-central/cloud/.<br><br>ManageEngine names the enforcing module: "Policies received by the agent are enforced by a kernel-mode driver named acp_driver." *See* Understanding Application Control, https://www.manageengine.com/products/desktop-central/help/application-control/ac-how-it-works.html. "The driver intercepts every newly created process and permits only those authorized by the deployed policy." *See* Understanding Application Control, https://www.manageengine.com/products/desktop-central/help/application-control/ac-how-it-works.html. "The policies are enforced by a kernel mode driver |

| Claim 1 | Endpoint Central Cloud Security Edition Mapping |
| --- | --- |
| | that filters newly created processes, allowing only authorized applications to run and blocking others." *See* Application Control FAQ, https://www.manageengine.com/application-control/help/application-control/ac-faq.html.<br><br>Notice is provided by the operating system's own process-creation notification. The acp_driver "intercepts every newly created process" across the endpoint. *See* Understanding Application Control, https://www.manageengine.com/products/desktop-central/help/application-control/ac-how-it-works.html.<br><br>The EDR add-on's Next-Gen Antivirus (NGAV) engine adds two further OS-sourced pre-execution triggers observed by the same cloud agent: an "On Execute: The file is scanned whenever a process is initiated" trigger that ManageEngine says "is always active and cannot be disabled"; a further On DLL Load trigger scans modules as they are loaded. *See* EDR policy deployment, https://www.manageengine.com/products/desktop-central/help/edr/edr-policy-deployment.html. ManageEngine describes the same behavior as "Pre-emptive process termination Halt malicious processes in their tracks before they can execute harmful payloads"; the notice-and-response therefore occurs before the new program executes. *See* Malware Mitigation — Malware Protection Plus, https://www.manageengine.com/malware-protection/malware-mitigation.html.<br><br>An operating-system event is documented upon process creation: "Process Activity events are generated when a process is launched, terminates, or is subject to an injection or module-load operation." *See* Telemetry schema — Endpoint Central help, https://www.manageengine.com/products/desktop-central/help/edr/telemetry-schema.html. ManageEngine describes the same pre- |

| Claim 1 | Endpoint Central Cloud Security Edition Mapping |
|---|---|
| | execution posture for the scanning engine: "Files checked before anything executes — signatures, hashes, reputation." *See* Malware detection — ManageEngine Malware Protection, https://www.manageengine.com/malware-protection/malware-detection.html. ManageEngine identifies the Application Control agent processes, including the "Application Scanner" process "Dcprocmon.exe" and the "ACP Driver control" process "DriverCtrl.exe". *See* Agent footprint — Endpoint Central help, https://www.manageengine.com/products/desktop-central/help/device-onboarding/agent-footprint.html. |
| **1[b]: "a validation module coupled to the pre-execution monitor operable for determining whether the program is valid;"** | The Endpoint Central Cloud Security Edition meets the requirement "a validation module coupled to the pre-execution monitor operable for determining whether the program is valid" literally or under the doctrine of equivalents.<br><br>The Application Control policy engine consumes newly created processes caught by the acp_driver kernel driver and evaluates them against policies that return valid or invalid. "Policies received by the agent are enforced by a kernel-mode driver named acp_driver." *See* Understanding Application Control, https://www.manageengine.com/products/desktop-central/help/application-control/ac-how-it-works.html.<br><br>Validation is a hash- and signature-based comparison to an allowlist. "This is the most secure policy, as it's based on the hash value of the executable file." *See* Application Control FAQ, https://www.manageengine.com/application-control/help/application-control/ac-faq.html. As to digital-signature validation, ManageEngine states "a file will not be allowed to execute if its digital certificate has been tampered with." *See* Application Control FAQ, |

| Claim 1 | Endpoint Central Cloud Security Edition Mapping |
|---|---|
| | https://www.manageengine.com/application-control/help/application-control/ac-faq.html. “Six rule types let you precisely control which applications are added to a Windows group.” *See* Configure application groups — Endpoint Central help, https://www.manageengine.com/products/desktop-central/help/application-control/configure-app-groups.html. Two of those rule types are identity checks on the executable file. Of signature-based validation: “The Verified Executables rule surfaces those signed files so you can select exactly which executables to allow or block.” *See* Configure application groups — Endpoint Central help, https://www.manageengine.com/products/desktop-central/help/application-control/configure-app-groups.html. Of hash-based validation: “The File Hash rule identifies executables by their unique cryptographic hash rather than by a certificate.” *See* Configure application groups — Endpoint Central help, https://www.manageengine.com/products/desktop-central/help/application-control/configure-app-groups.html.<br><br>The determination is made with respect to a defined group of applications. “Every group is either an allowlist or a blocklist.” *See* Configure application groups — Endpoint Central help, https://www.manageengine.com/products/desktop-central/help/application-control/configure-app-groups.html. It defines each outcome — for an allowlist, “only the applications in this group are permitted to run. Everything else is blocked.”; for a blocklist, “the applications in this group are explicitly prevented from running.” *See* Configure application groups — Endpoint Central help, https://www.manageengine.com/products/desktop-central/help/application-control/configure-app-groups.html. ManageEngine documents the same allowlisting determination for the cloud edition. *See also* Endpoint Security features in Endpoint Central Cloud, https://www.manageengine.com/products/desktop-central/endpoint-security- |

| Claim 1 | Endpoint Central Cloud Security Edition Mapping |
|---|---|
| | cloud-features.html.<br><br>The Anti-Ransomware module gates its behavior monitoring on signed executables so that trusted executables "can be exempted from real-time behavior detection" — confirming that the shared agent runs a valid/invalid determination against an allowlist. *See* Best Anti-Ransomware Software for Enterprises, https://www.manageengine.com/products/desktop-central/anti-ransomware.html.<br><br>The same valid/invalid determination governs the exclusion path: an executable is exempted only on a verified identity — "Executables that match the SHA-256 hash value will be excluded" — and, for signer-based exclusions, "the executable must have a valid signature". *See* Creating exclusions — Endpoint Central help, https://www.manageengine.com/products/desktop-central/help/edr/creating-exclusion.html. The same enforcement architecture applies to Application Control: "Policies received by the agent are enforced by a kernel-mode driver named acp_driver." *See* How Application Control works — Application Control help, https://www.manageengine.com/application-control/help/application-control/ac-how-it-works.html. |
| **1[c]: "a detection module coupled to the pre-execution monitor operable for intercepting a trigger from the computing device's operating system; and"** | The Endpoint Central Cloud Security Edition meets the requirement "a detection module coupled to the pre-execution monitor operable for intercepting a trigger from the computing device's operating system" literally or under the doctrine of equivalents.<br><br>"The Behavior Detection Engine monitors running processes in real-time, analyzing their actions against predefined threat behavior rules" — including "unauthorized registry modifications, process injection, privilege escalation attempts, or communication with command-and-control servers". *See* EDR policy |

| Claim 1 | Endpoint Central Cloud Security Edition Mapping |
|---|---|
| | deployment, https://www.manageengine.com/products/desktop-central/help/edr/edr-policy-deployment.html. That engine is delivered through the EDR add-on, which ManageEngine offers on the cloud edition. *See also* Endpoint Central now includes Endpoint Detection and Response (EDR) and Private Access, https://pitstop.manageengine.com/portal/en/community/topic/endpoint-central-now-includes-endpoint-detection-and-response-edr-and-private-access.<br><br>At least some intercepted triggers are enumerated in the Endpoint Central query language: "File Activity, Process Activity, Network Activity, DNS Activity, Registry Key Activity, Registry Value Activity, or Authentication". *See* EDR — Query logs, https://www.manageengine.com/products/desktop-central/help/edr/query-logs.html.<br><br>The Anti-Ransomware and Malware Protection modules add a second detection surface. For Anti-Ransomware: "Process-Level Monitoring: Monitors processes for suspicious activities like unauthorized file encryption and system file modification". *See* Anti-Ransomware — Endpoint Central help, https://www.manageengine.com/products/desktop-central/help/edr/anti-ransomware.html. For Malware Protection, behavior-based detection is performed "by monitoring for unusual system activity such as rapid file access, abnormal process behavior, suspicious registry changes, and unusual network traffic". *See* Malware Protection — help overview, https://www.manageengine.com/products/desktop-central/help/edr/mp-overview.html. The comparison matrix marks both "Ransomware Protection" and "Malware Protection" available in the Cloud column. *See* Endpoint Central edition comparison matrix, https://www.manageengine.com/products/desktop-central/cloud/edition-comparison-matrix.html. The system conducts "a real-time |

| Claim 1 | Endpoint Central Cloud Security Edition Mapping |
| --- | --- |
| | analysis of the systems, continuously monitoring them". *See* Malware Protection FAQ, https://www.manageengine.com/products/desktop-central/help/edr/mp-faq.html.<br><br>"Every read operation is tied to the process that accessed the file, creating a reliable chain of evidence that correlates with outbound network activity." *See* Data Exfiltration Prevention, https://www.manageengine.com/malware-protection/data-exfiltration-prevention.html. This was confirmed by AV-Comparatives, which tested Endpoint Central with EDR: "ManageEngine Endpoint Central with EDR was tested as part of AV-Comparatives' EDR Detection Certification Test in March 2026. The tested product version was 11.5." *See* AV-Comparatives, EDR Detection Validation Certification Test 2026 — ManageEngine Endpoint Central with EDR, at 8, https://download.manageengine.com/sites/meweb/images/desktop-central/av-comparatives-edr-validation-2026.pdf. AV-Comparatives reported: "ManageEngine Endpoint Central with EDR demonstrated detection visibility across multiple stages of the attack scenario, providing a combination of alert-based detections and telemetry that supports effective threat hunting and investigation." *See* AV-Comparatives, EDR Detection Validation Certification Test 2026, Executive Summary, at 2, https://download.manageengine.com/sites/meweb/images/desktop-central/av-comparatives-edr-validation-2026.pdf. *See also* AV-Comparatives test listing page, https://av-comparatives.org/tests/edr-detection-validation-certification-2026-manageengine-endpoint-central-with-edr/.<br><br>The detection module is coupled to the pre-execution monitor. The Application Control driver "intercepts every newly created process". *See* Understanding |

| Claim 1 | Endpoint Central Cloud Security Edition Mapping |
|---|---|
| | Application Control, https://www.manageengine.com/products/desktop-central/help/application-control/ac-how-it-works.html. ManageEngine describes that same "kernel mode driver that filters newly created processes". *See* Application Control FAQ, https://www.manageengine.com/application-control/help/application-control/ac-faq.html. Operating-system events those interceptions produce are recorded: "Process Activity events are generated when a process is launched, terminates, or is subject to an injection or module-load operation." and "File Activity events are generated whenever a process performs a file system operation". *See* Telemetry schema — Endpoint Central help, https://www.manageengine.com/products/desktop-central/help/edr/telemetry-schema.html. |
| **1[d]: "an execution module coupled to the detection module and operable for monitoring, at the operating system kernel of the computing device, the program in response to the trigger intercepted by the detection module."** | The Endpoint Central Cloud Security Edition meets the requirement "an execution module coupled to the detection module and operable for monitoring, at the operating system kernel of the computing device, the program in response to the trigger intercepted by the detection module" literally or under the doctrine of equivalents.<br><br>"By monitoring kernel-level activity, the system detects and blocks previously unknown exploits targeting software vulnerabilities." *See* Malware Mitigation — Malware Protection Plus, https://www.manageengine.com/malware-protection/malware-mitigation.html. "Our kernel-based anti-encryption technology prevents unauthorized encryption, blocking encryption attempts." *See* Ransomware Mitigation — Ransomware Protection Plus, https://www.manageengine.com/ransomware-protection/ransomware-mitigation.html. |

| **Claim 1** | **Endpoint Central Cloud Security Edition Mapping** |
| --- | --- |
| | For Application Control: "Policies received by the agent are enforced by a kernel-mode driver named acp_driver." *See* Understanding Application Control, https://www.manageengine.com/products/desktop-central/help/application-control/ac-how-it-works.html. For Device Control: "The agent passes the received policy to the dcfafilter kernel-mode driver." *See* Device Control — how it works, https://www.manageengine.com/products/desktop-central/help/device-control/how-it-works.html. Both modules are marked available in the Cloud column of ManageEngine's comparison matrix. *See also* Endpoint Central edition comparison matrix, https://www.manageengine.com/products/desktop-central/cloud/edition-comparison-matrix.html.<br><br>Kernel-level monitoring is performed in response to intercepted OS triggers. Zoho's own patent application describes the same architecture: "A kernel layer includes a filter to disallow shadow-copy deletion requests directed from the user layer to the operating-system." *See* US 2023/0222216 (Zoho), https://patents.justia.com/patent/20230222216. The same application enumerates OS events consumed by the kernel filter: "process events (notifications related to a process start and end) and file events (notifications related to file operations, such as Read, Write, Delete, Rename, Directory create, and Directory traversed)"; the response options are "1) Detect, 2) Detect and kill, and 3) Detect, kill, and back-up recovery". *See* US 2023/0222216 (Zoho), https://patents.justia.com/patent/20230222216. "Intercept ransomware mid-attack Neutralize ransomware in its tracks, preventing encryption and minimizing damage." *See* Ransomware Protection Plus datasheet, https://download.manageengine.com/ransomware-protection/rpp-datasheet.pdf.<br><br>ManageEngine states that the module "employs anti-hook and anti-kill methods to |

| Claim 1 | Endpoint Central Cloud Security Edition Mapping |
| --- | --- |
| | keep users from killing the agent". *See* Malware Protection FAQ, https://www.manageengine.com/products/desktop-central/help/edr/mp-faq.html. |