# EXHIBIT B

# Exhibit B

## Infringement Claim Chart — U.S. Patent No. 8,055,996

Lightweight Form Pattern Validation

**Zoho Forms**

| Claim 1 | Zoho Forms Mapping |
|---|---|
| **1[pre]: "A lightweight pattern validation system for a client device receiving markup defining a form, comprising:"** | To the extent the preamble is limiting, the Zoho Forms[1] meets the requirement "A lightweight pattern validation system for a client device receiving markup defining a form" literally or under the doctrine of equivalents.<br><br>Zoho Forms delivers form-defining markup to a client web browser. For example, a Zoho-hosted form served from forms.zohopublic.com is delivered as an HTML document that includes the form structure and script references. *See* ARO Enquiry Form (live Zoho Forms rendered HTML), https://forms.zohopublic.com/registry/form/AROEnquiryForm/formperma/0txl2QJB4wpDp41yWiY-RAen-A9vVlCPQoKnyanZAic.<br><br>The delivered markup declares per-field validation patterns for the form. The ARO Enquiry Form markup declares a validation-constraint object, "ZFLive.constraintJson = JSON.parse". *See* ARO Enquiry Form (live Zoho |

1 "Zoho Forms" refers to the Zoho-hosted form delivery mode: a form served from forms.zohopublic.com together with Zoho JavaScript bundles that the form loads, such as, for example, bundles from static.zohocdn.com. The specific forms identified herein are exemplary only.

| Claim 1 | Zoho Forms Mapping |
| --- | --- |
| | Forms rendered HTML), https://forms.zohopublic.com/registry/form/AROEnquiryForm/formperma/0txl2QJB4wpDp41yWiY-RAen-A9vVlCPQoKnyanZAic. Within that object, the entry for the form's Student ID field declares a pattern type under the key "pattern_type". *Id.* The same entry declares a pattern mask "dddddddd". *Id.* The same entry declares the field's regular expression under the key "regex_pattern_val". *Id.*<br><br>The declared pattern type identifies the custom-regex validation path. The Zoho-hosted core bundle defines the pattern-type constants as "PatternTypes={NONE:-1,CUSTOM:0,ONLE_LETTERS:1,LETTERS_AND_NUMBERS:2,LETTERS_NUMBERS_AND_SPACES:3". *See* formslivecore.49be6a590486759312947bf043fd94a7.js (Zoho Forms live-form core JavaScript bundle), https://static.zohocdn.com/forms/js/formslivecore.49be6a590486759312947bf043fd94a7.js. The validation library reads the per-field regular expression from the per-field specification delivered with the form rather than from the library: "var regexVal=dataSpecJson[DataSpecConst.PATTERN.REGEX_PATTERN_VAL]". *See* formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js (Zoho Forms live text-field validation bundle), https://static.zohocdn.com/forms/js/formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js. The library's pattern-matching primitive is generic, receiving a value and a pattern and testing one against the other: "function isPatternMatches(patternVal,regexVal){return regexVal.test(patternVal)". *See* formslivecore.49be6a590486759312947bf043fd94a7.js (Zoho Forms live-form core JavaScript bundle), https://static.zohocdn.com/forms/js/formslivecore.49be6a590486759312947bf043 |

| Claim 1 | Zoho Forms Mapping |
| --- | --- |
| | fd94a7.js. The same primitive is invoked where a field's declared pattern data is present: "isPatternMatches(patternVal,regexVal)". *See* formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js (Zoho Forms live text-field validation bundle), https://static.zohocdn.com/forms/js/formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js. |
| **1[a]: "a processor said processor further comprising: a validation processor separate from said markup and configured with a prototype interface for receiving both a field validation pattern and also form based input to be validated against said field validation pattern;"** | The Zoho Forms meets the requirement "a processor said processor further comprising: a validation processor separate from said markup and configured with a prototype interface for receiving both a field validation pattern and also form based input to be validated against said field validation pattern" literally or under the doctrine of equivalents.<br><br>The Zoho Forms validation logic is delivered to the client browser as separate JavaScript bundles referenced by that markup. Those bundles are loaded and executed by the client browser (and thus execute on the client's processor).<br><br>The form markup declares per-field validation patterns in a validation-constraint object, "ZFLive.constraintJson = JSON.parse". *See* ARO Enquiry Form (live Zoho Forms rendered HTML), https://forms.zohopublic.com/registry/form/AROEnquiryForm/formperma/0txl2QJB4wpDp41yWiY-RAen-A9vVlCPQoKnyanZAic.<br><br>The in-markup call on a validated field is "ZFLive.validateFieldConstraint(this);". *See* ARO Enquiry Form (live Zoho Forms rendered HTML), https://forms.zohopublic.com/registry/form/AROEnquiryForm/formperma/0txl2QJB4wpDp41yWiY-RAen-A9vVlCPQoKnyanZAic. That call enters the core bundle at "ZFLive.validateFieldConstraint=function(input)". *See* |

| Claim 1 | Zoho Forms Mapping |
| --- | --- |
| | formslivecore.49be6a590486759312947bf043fd94a7.js (Zoho Forms live-form core JavaScript bundle), https://static.zohocdn.com/forms/js/formslivecore.49be6a590486759312947bf043fd94a7.js. It passes the field element and the input to "ZFLive.validateFieldConstraintAndGetRes(elem,input)". *Id.* That routine calls "validateConstrLiElem(elem,compname,errorIdd,input)". *Id.* The called routine takes the markup-declared constraint data as its pattern source: "function validateConstrLiElem(elem,compname,errorIdd,inputElem){var constrJson=ZFLive.constraintJson". *Id.* It resolves the handler registered for the field type and passes the handler the constraint data together with the input element: "var constrHandler=ZFHandlerResolver.getByType(comptype)". *Id.* The handler registered for single-line fields is "ZFHandlerResolver.register({compType:ZFFieldTypeConstants.SINGLE_LINE},ZFSingleLineField)". *See* formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js (Zoho Forms live text-field validation bundle), https://static.zohocdn.com/forms/js/formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js.<br><br>The handler is constructed from the library's shared field-handler prototype: "ZFSingleLineField=new ZFFieldBase(ZFFieldTypeConstants.SINGLE_LINE)". *See* formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js (Zoho Forms live text-field validation bundle), https://static.zohocdn.com/forms/js/formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js. The prototype interface receives both the field's declared validation pattern and the form-based input as declared parameters: "ZFSingleLineField.validateConstraints=function(elem,compname,comptype,erro |

| Claim 1 | Zoho Forms Mapping |
| --- | --- |
| | rIdd,hasCompFieldCommonError,hasCompRangeError,inputElem,constrJson,linkname,isInputAddedToField)". *Id.* The handler reads the field's pattern data out of the constraint data delivered with the form: "var dataSpecJson=constrJson[linkname]". *Id.* Where the field's declared pattern data is present, the handler passes that pattern data and the input element on for pattern checking: "regexValidationForSingleLineField(elem,errorIdd,patternJson,comptype,compname)". *Id.* The receiving routine reads the pattern type from the pattern data and the value from the field element: "function regexValidationForSingleLineField(elem,errorIdd,dataSpecJson,comptype,compname)". *Id.* Where the declared pattern type is the custom type, it takes the regular expression from the pattern data: "var regexVal=dataSpecJson[DataSpecConst.PATTERN.REGEX_PATTERN_VAL]". *Id.* It passes the value and the regular expression to the matching primitive: "isPatternMatches(patternVal,regexVal)". *Id.* The primitive tests one against the other: "function isPatternMatches(patternVal,regexVal){return regexVal.test(patternVal)". *See* formslivecore.49be6a590486759312947bf043fd94a7.js (Zoho Forms live-form core JavaScript bundle), https://static.zohocdn.com/forms/js/formslivecore.49be6a590486759312947bf043fd94a7.js.<br><br>The field validation pattern is supplied either by the form owner or by the validation library itself. The receiving routine reads the declared pattern type out of the data delivered with the form: "var patternType=dataSpecJson[DataSpecConst.PATTERN.PATTERN_TYPE]". *See* formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js (Zoho Forms live |

| Claim 1 | Zoho Forms Mapping |
| --- | --- |
| | text-field validation bundle), https://static.zohocdn.com/forms/js/formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js. Where the declared type is the custom type, the routine takes the pattern from that delivered data: "if(patternType===PatternTypes.CUSTOM){var regexVal=dataSpecJson[DataSpecConst.PATTERN.REGEX_PATTERN_VAL]". *Id.* Otherwise the routine obtains the pattern from the library and tests the input against it: "getRegularExpression(patternType).test(patternVal)". *Id.* The library enumerates the pattern types it supplies itself: "FieldRegexTypes={NONE:0,ONLE_LETTERS:1,LETTERS_AND_NUMBERS:2,LETTERS_NUMBERS_AND_SPACES:3,LETTERS_AND_SPACES:4". *See* formslivecore.49be6a590486759312947bf043fd94a7.js (Zoho Forms live-form core JavaScript bundle), https://static.zohocdn.com/forms/js/formslivecore.49be6a590486759312947bf043fd94a7.js. The library defines the routine that returns the corresponding pattern: "function getRegularExpression(regexType)". *Id.* The ARO Enquiry Form's Student ID field declares the custom pattern type. *See* ARO Enquiry Form (live Zoho Forms rendered HTML), https://forms.zohopublic.com/registry/form/AROEnquiryForm/formperma/0txl2QJB4wpDp41yWiY-RAen-A9vVlCPQoKnyanZAic. Under either branch the interface receives a field validation pattern together with the form-based input to be validated against that pattern. |
| **1[b]: "a validation script library within said client device and packaging said validation processor,"** | The Zoho Forms meets the requirement "a validation script library within said client device and packaging said validation processor" literally or under the doctrine of equivalents.<br><br>A client-side JavaScript validation library that packages the validation processor |

| Claim 1 | Zoho Forms Mapping |
|---|---|
| | is delivered to the client device. The validation processor is packaged in JavaScript bundles and loaded into the client browser by the delivered form markup. *See* ARO Enquiry Form (live Zoho Forms rendered HTML), https://forms.zohopublic.com/registry/form/AROEnquiryForm/formperma/0txl2QJB4wpDp41yWiY-RAen-A9vVlCPQoKnyanZAic.<br><br>The core bundle defines the per-field entry point "ZFLive.validateFieldConstraint=function(input)". *See* formslivecore.49be6a590486759312947bf043fd94a7.js (Zoho Forms live-form core JavaScript bundle), https://static.zohocdn.com/forms/js/formslivecore.49be6a590486759312947bf043fd94a7.js. The same bundle defines the submit-time validator "ZFLive.validateForm=function(addRangeErrClass)". *Id.* The same bundle defines the pattern-matching primitive "function isPatternMatches(patternVal,regexVal){return regexVal.test(patternVal)". *Id.* The companion text-field bundle defines the pattern-checking routine "function regexValidationForSingleLineField(elem,errorIdd,dataSpecJson,comptype,compname)". *See* formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js (Zoho Forms live text-field validation bundle), https://static.zohocdn.com/forms/js/formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js. That bundle registers the handler the core bundle resolves for single-line fields: "ZFHandlerResolver.register({compType:ZFFieldTypeConstants.SINGLE_LINE},ZFSingleLineField)". *Id.*<br><br>Validation is a per-field property of Zoho Forms fields: "Form fields can be validated by applying certain conditions". *See* Field Properties (Zoho Forms |

| Claim 1 | Zoho Forms Mapping |
|---|---|
| | help), https://help.zoho.com/portal/en/kb/forms/field-types/field-properties/articles/field-properties. |
| **1[c]: "wherein the form has at least one form based input field programmed for validation using said validation processor: a library reference to said script library disposed in said markup;"** | The Zoho Forms meets the requirement "wherein the form has at least one form based input field programmed for validation using said validation processor: a library reference to said script library disposed in said markup" literally or under the doctrine of equivalents.<br><br>Zoho Forms generates a markup that carries a library reference to the validation script library. For example three unrelated Zoho-hosted forms, published by three unrelated account holders, each carry a script reference to the same core bundle at "https://static.zohocdn.com/forms/js/formslivecore.49be6a590486759312947bf043fd94a7.js". *See* ARO Enquiry Form (live Zoho Forms rendered HTML), https://forms.zohopublic.com/registry/form/AROEnquiryForm/formperma/0txl2QJB4wpDp41yWiY-RAen-A9vVlCPQoKnyanZAic. *See* BookNow (live Zoho Forms rendered HTML), https://forms.zohopublic.com/resteasypestcontrol/form/BookNow/formperma/_jip6w65UImw748UGH_Vqnsn2oGqjYnl2sTZNCHzlbQ. *See* Join Us (live Zoho Forms rendered HTML), https://forms.zohopublic.com/eatigointernationalpteltd/form/JoinUs/formperma/VHkdH1-JugsZpxiXQUcA951Rlx2QOzkt2SJA_Z4wryI. The same three forms each carry a script reference to the same text-field bundle at "https://static.zohocdn.com/forms/js/formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js". *See* ARO Enquiry Form (live Zoho Forms rendered HTML), https://forms.zohopublic.com/registry/form/AROEnquiryForm/formperma/0txl2QJB4wpDp41yWiY-RAen-A9vVlCPQoKnyanZAic. *See* BookNow (live Zoho Forms rendered HTML), |

| Claim 1 | Zoho Forms Mapping |
|---|---|
| | https://forms.zohopublic.com/resteasypestcontrol/form/BookNow/formperma/_jip6w65UImw748UGH_Vqnsn2oGqjYnl2sTZNCHzlbQ. *See* Join Us (live Zoho Forms rendered HTML), https://forms.zohopublic.com/eatigointernationalpteltd/form/JoinUs/formperma/VHkdH1-JugsZpxiXQUcA951Rlx2QOzkt2SJA_Z4wryI. The referenced library is first-party Zoho code served from Zoho's own content delivery network. *See* formslivecore.49be6a590486759312947bf043fd94a7.js (Zoho Forms live-form core JavaScript bundle), https://static.zohocdn.com/forms/js/formslivecore.49be6a590486759312947bf043fd94a7.js.<br><br>Upon information and belief, a markup Zoho serves for a hosted form carries library references as a matter of the product's uniform design rather than as a characteristic of any particular form, in part because the markup is generated by Zoho's form-serving infrastructure rather than authored by the form owner.<br><br>Pattern validation is a standard, generic Zoho Forms field type. A form owner adds the Regex field to a form from the Zoho Forms form builder: "drag and drop it on to your form". *See* Regex (Zoho Forms field-type help article), https://help.zoho.com/portal/en/kb/forms/field-types/form-fields/text-box/articles/regex-field. The field arrives already carrying a pattern: "The field appears with a default label and regex pattern." *Id.* The pattern operates on a respondent's input character by character: "A regex pattern screens each character in a form input against a set of rules." *See* Understanding Regex Patterns (Zoho Forms help article), https://help.zoho.com/portal/en/kb/forms/field-types/form-fields/text-box/articles/understanding-regex-patterns. A form containing any such field accordingly has at least one form-based input field programmed for |

| Claim 1 | Zoho Forms Mapping |
|---|---|
| | validation using the validation processor.<br><br>For example, the ARO Enquiry Form's Student ID field is a single-line field whose entry in the markup-declared constraint object carries a regular expression under the key "regex_pattern_val". *See* ARO Enquiry Form (live Zoho Forms rendered HTML), https://forms.zohopublic.com/registry/form/AROEnquiryForm/formperma/0txl2QJB4wpDp41yWiY-RAen-A9vVlCPQoKnyanZAic. The field carries the in-markup validation call "ZFLive.validateFieldConstraint(this);". *Id.* The declared pattern reaches the pattern-matching primitive through the handler registered for single-line fields: "regexValidationForSingleLineField(elem,errorIdd,patternJson,comptype,compname)". *See* formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js (Zoho Forms live text-field validation bundle), https://static.zohocdn.com/forms/js/formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js. |
| **1[d]: "a function call to said validation processor further disposed in said markup, said function call having a configuration for passing a reference to a value in said at least one form based input field for validation in said validation processor:"** | The Zoho Forms meets the requirement "a function call to said validation processor further disposed in said markup, said function call having a configuration for passing a reference to a value in said at least one form based input field for validation in said validation processor" literally or under the doctrine of equivalents.<br><br>The Zoho Forms markup contains a function call to the validation processor configured to pass a reference to a value in a form-based input field. The delivered markup places that call in a focus-out handler on the validated input, where it passes the input element itself: "ZFLive.validateFieldConstraint(this);". *See* ARO Enquiry Form (live Zoho Forms rendered HTML), |

| Claim 1 | Zoho Forms Mapping |
|---|---|
| | https://forms.zohopublic.com/registry/form/AROEnquiryForm/formperma/0txl2QJB4wpDp41yWiY-RAen-A9vVlCPQoKnyanZAic. The invoked entry point is defined in the accompanying script library: "ZFLive.validateFieldConstraint=function(input)". *See* formslivecore.49be6a590486759312947bf043fd94a7.js (Zoho Forms live-form core JavaScript bundle), https://static.zohocdn.com/forms/js/formslivecore.49be6a590486759312947bf043fd94a7.js.<br><br>It passes the field element and the input to "ZFLive.validateFieldConstraintAndGetRes(elem,input)". *See* formslivecore.49be6a590486759312947bf043fd94a7.js (Zoho Forms live-form core JavaScript bundle), https://static.zohocdn.com/forms/js/formslivecore.49be6a590486759312947bf043fd94a7.js. That routine calls "validateConstrLiElem(elem,compname,errorIdd,input)". *Id.* The called routine takes the markup-declared constraint data as its pattern source: "function validateConstrLiElem(elem,compname,errorIdd,inputElem){var constrJson=ZFLive.constraintJson". *Id.* It resolves the handler registered for the field type and passes that handler the constraint data together with the input element: "var constrHandler=ZFHandlerResolver.getByType(comptype)". *Id.* The handler registered for single-line fields is "ZFHandlerResolver.register({compType:ZFFieldTypeConstants.SINGLE_LINE},ZFSingleLineField)". *See* formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js (Zoho Forms live text-field validation bundle), https://static.zohocdn.com/forms/js/formslivetextfields.96acfb964d4978132ceac4 |

| Claim 1 | Zoho Forms Mapping |
|---|---|
| | 6c2310cd0f.js. That handler reads the field's pattern data out of the constraint data delivered with the form: "var dataSpecJson=constrJson[linkname]". *Id.* The handler passes the pattern data and the input element on for pattern checking: "regexValidationForSingleLineField(elem,errorIdd,patternJson,comptype,compname)". *Id.* The receiving routine reads the pattern type from the pattern data and the value from the field element: "function regexValidationForSingleLineField(elem,errorIdd,dataSpecJson,comptype,compname)". *Id.* Where the declared pattern type is the custom type, it takes the regular expression from the pattern data: "var regexVal=dataSpecJson[DataSpecConst.PATTERN.REGEX_PATTERN_VAL]" . *Id.* It passes the value and the regular expression to the matching primitive: "isPatternMatches(patternVal,regexVal)". *Id.* The primitive tests one against the other: "function isPatternMatches(patternVal,regexVal){return regexVal.test(patternVal)". *See* formslivecore.49be6a590486759312947bf043fd94a7.js (Zoho Forms live-form core JavaScript bundle), https://static.zohocdn.com/forms/js/formslivecore.49be6a590486759312947bf043fd94a7.js. |
| **1[e]: "a plurality of additional function calls to said validation processor disposed in said markup, each additional one of said functional calls having a configuration for passing a reference to a value in a corresponding form based input field for validation in said validation processor: and"** | The Zoho Forms meets the requirement "a plurality of additional function calls to said validation processor disposed in said markup, each additional one of said functional calls having a configuration for passing a reference to a value in a corresponding form based input field for validation in said validation processor: and" literally or under the doctrine of equivalents.<br><br>A Zoho Forms markup contains a plurality of additional function calls to the validation processor, each configured to pass a reference to a value in a |

| Claim 1 | Zoho Forms Mapping |
|---|---|
| | corresponding form-based input field. The Zoho-hosted ARO Enquiry Form markup places the same per-field call on eight validated fields, nine occurrences in all, one for each validated input: "ZFLive.validateFieldConstraint(this);". *See* ARO Enquiry Form (live Zoho Forms rendered HTML), https://forms.zohopublic.com/registry/form/AROEnquiryForm/formperma/0txl2QJB4wpDp41yWiY-RAen-A9vVlCPQoKnyanZAic. A second, unrelated Zoho-hosted form places the same per-field call eleven times. *See* BookNow (live Zoho Forms rendered HTML), https://forms.zohopublic.com/resteasypestcontrol/form/BookNow/formperma/_jip6w65UImw748UGH_Vqnsn2oGqjYnl2sTZNCHzlbQ. A third, unrelated Zoho-hosted form places the same per-field call six times. *See* Join Us (live Zoho Forms rendered HTML), https://forms.zohopublic.com/eatigointernationalpteltd/form/JoinUs/formperma/VHkdH1-JugsZpxiXQUcA951Rlx2QOzkt2SJA_Z4wryI.<br><br>Every single-line field on the ARO Enquiry Form carries that identical in-markup call. *See* ARO Enquiry Form (live Zoho Forms rendered HTML), https://forms.zohopublic.com/registry/form/AROEnquiryForm/formperma/0txl2QJB4wpDp41yWiY-RAen-A9vVlCPQoKnyanZAic. Each such call resolves through the same field-type dispatch to the same registered handler: "var constrHandler=ZFHandlerResolver.getByType(comptype)". *See* formslivecore.49be6a590486759312947bf043fd94a7.js (Zoho Forms live-form core JavaScript bundle), https://static.zohocdn.com/forms/js/formslivecore.49be6a590486759312947bf043fd94a7.js. The handler registered for single-line fields is "ZFHandlerResolver.register({compType:ZFFieldTypeConstants.SINGLE_LINE},ZFSingleLineField)". *See* |

| Claim 1 | Zoho Forms Mapping |
| --- | --- |
| | formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js (Zoho Forms live text-field validation bundle), https://static.zohocdn.com/forms/js/formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js. The handler receives the markup-declared constraint data together with the input element: "ZFSingleLineField.validateConstraints=function(elem,compname,comptype,errorIdd,hasCompFieldCommonError,hasCompRangeError,inputElem,constrJson,linkname,isInputAddedToField)". *Id.* Where the field's declared pattern data is present, the handler passes that pattern data and the input element on for pattern checking: "regexValidationForSingleLineField(elem,errorIdd,patternJson,comptype,compname)". *Id.*<br><br>Zoho meters form submissions per plan. The Free plan carries "500 Submissions/month". *See* Zoho Forms Pricing, https://www.zoho.com/forms/pricing.html. The Basic plan carries "10,000 Submissions/month". *Id.* The Standard plan carries "25,000 Submissions/month". *Id.* The Professional plan carries "75,000 Submissions/month". *Id.* The Premium plan carries "150,000 Submissions/month". *Id.* Zoho also sells a recurring add-on of "Additional Submissions * 10,000 Submissions". *Id.* Zoho offers pattern validation as a discrete field type: "Collects input validated against a custom regex pattern." *Id.*<br><br>Upon information and belief, Zoho generates the per-field validation calls and the per-field pattern declarations into the markup it serves for each hosted form, and retains the corresponding field configurations as server-side data. Upon information and belief, Zoho also counts, attributes, and retains submission events |

| Claim 1 | Zoho Forms Mapping |
|---|---|
| | by account and by form, its published plans allotting submissions in fixed monthly quantities and Zoho selling additional submissions as a recurring add-on. *See* Zoho Forms Pricing, https://www.zoho.com/forms/pricing.html. |
| **1[f]: "a validation shell function encapsulating said function calls."** | The Zoho Forms meets the requirement "a validation shell function encapsulating said function calls" literally or under the doctrine of equivalents.<br><br>A validation shell function is disposed in the Zoho Forms markup and encapsulates the per-field validation calls. The delivered markup binds a submit-time handler to the form's submit control that calls the shell: "ZFLive.ValidateAndSubmitData();". *See* ARO Enquiry Form (live Zoho Forms rendered HTML), https://forms.zohopublic.com/registry/form/AROEnquiryForm/formperma/0txl2QJB4wpDp41yWiY-RAen-A9vVlCPQoKnyanZAic. Another branch of that same handler calls the encapsulating validator directly: "var errorObj = ZFLive.validateForm(Mode.LIVE, true);". *Id.* The shell is defined in the accompanying script library and calls the encapsulating validator: "ZFLive.ValidateAndSubmitData=function(){ZFLive.isSaveReq=!1,ZFLive.preventHidingErrorMsg();var errorObj=ZFLive.validateForm(!0)". *See* formslivecore.49be6a590486759312947bf043fd94a7.js (Zoho Forms live-form core JavaScript bundle), https://static.zohocdn.com/forms/js/formslivecore.49be6a590486759312947bf043fd94a7.js.<br><br>The encapsulating validator iterates the form's field elements: "$(formULIterator).each(function(index,elem)". *See* formslivecore.49be6a590486759312947bf043fd94a7.js (Zoho Forms live-form core JavaScript bundle), |

| Claim 1 | Zoho Forms Mapping |
|---|---|
| | https://static.zohocdn.com/forms/js/formslivecore.49be6a590486759312947bf043fd94a7.js. It calls "ZFLive.validateField(elem,addRangeErrClass,!1)". *Id.* That call reaches the per-field core validator: "ZFLive.validateFieldCore(elem,addRangeErrClass,skipIncWebhookValidation,skipInlineOtpValidation,ismandatory)". *Id.* The per-field core validator runs the single-line pattern validation: "ZFLive.validationForRegexInSingleLine(elem)". *Id.* That routine calls "ZFSingleLineField.validateRegexForSingleLineField(elem)". *Id.* That call reaches the same pattern-checking routine reached by the in-markup per-field calls: "regexValidationForSingleLineField(elem,errorIdd,patternJson,comptype,compname)". *See* formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js (Zoho Forms live text-field validation bundle), https://static.zohocdn.com/forms/js/formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js.<br><br>The per-field path and the shell path converge on the same pattern-matching primitive: "isPatternMatches(patternVal,regexVal)". *See* formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js (Zoho Forms live text-field validation bundle), https://static.zohocdn.com/forms/js/formslivetextfields.96acfb964d4978132ceac46c2310cd0f.js. |