# EXHIBIT C

# Exhibit C

## Infringement Claim Chart — U.S. Patent No. 8,850,517

Runtime Risk Detection Based on User, Application, and System Action Sequence Correlation

**Log360**

| Claim 1 | Log360 Mapping |
|---|---|
| **1[pre]: "A method for assessing runtime risk for an application program that executes on a device, comprising:"** | To the extent the preamble is limiting, ManageEngine Log360[1] meets the requirement "[a] method for assessing runtime risk for an application program that executes on a device" literally or under the doctrine of equivalents.<br><br>Log360 is an SIEM+UEBA suite having a real-time correlation engine that scans events from monitored devices and applications: The real-time correlation engine monitors incoming log events from endpoints, servers, applications, and network devices. It continuously scans such events for defined patterns that match attack behaviors. *See* Rule-based real-time correlation engine in Log360 (datasheet), https://download.manageengine.com/log-management/rule-based-real-time- |

1 As used herein, "Log360" refers to one or more of ManageEngine Log360, the on-premises SIEM + UEBA suite sold by Zoho Corporation / ManageEngine, including its rule-based real-time event-correlation engine, the Correlation Rule Library of 200+ curated detection rules with attack-chain scenarios and 2,000+ MITRE ATT&CK-mapped rules, the custom correlation rule builder supporting ordered actions with "Followed by within" timing constraints and threshold filters, the alert-profile subsystem that links correlation rules to runtime evaluation and response workflows, and the integrated Log360 UEBA subsystem (with Markov-chain pattern-anomaly detection, five threat categories, administrator-weighted risk scoring, time decay, contextual risk scoring, and score-based risk assessment).

| Claim 1 | Log360 Mapping |
|---|---|
| | correlation-engine-in-log360.pdf.<br><br>Monitored objects include application programs running on devices. Log360 "[a]utomatically discovers Windows and Linux/Unix devices, network devices, SQL servers, and IIS web servers in your network." *See* ManageEngine Log360 datasheet, https://download.manageengine.com/log-management/manageengine-log360-datasheet.pdf. It includes an "exclusive inspection console that facilitates contextual assessment and unification of the exploit triad: users, devices, and processes." *See* Vigil IQ — the TDIR engine in Log360, https://www.manageengine.com/log-management/VigilIQ-TDIR.html; *See also* Correlation Rule Library, https://www.manageengine.com/log-management/correlation-rules.html.<br><br>Log360 monitors runtime events emitted by such application programs (*e.g.*, SQL Server, Oracle, IIS, Apache, PowerShell, WMI, and other enumerated processes) executing on monitored Windows/Linux/Unix devices, and evaluates those events for risk. *See* ManageEngine Log360 datasheet, https://download.manageengine.com/log-management/manageengine-log360-datasheet.pdf (device and application inventory); Correlation Rule Library, https://www.manageengine.com/log-management/correlation-rules.html (process/parent-process rule categories); Vigil IQ — the TDIR engine in Log360, https://www.manageengine.com/log-management/VigilIQ-TDIR.html (Vigil IQ inspection console over users, devices, and processes). |
| **1[a]: "storing, in a rules database, a plurality of rules,"** | Log360 meets the requirement "storing, in a rules database, a plurality of rules" literally or under the doctrine of equivalents.<br><br>Log360 includes named, persisted rule repositories. Log360 provides a |

| Claim 1 | Log360 Mapping |
| --- | --- |
| | Correlation Rule Library, "a curated collection of over 200 in-depth detection rules with detailed descriptions, MITRE ATT&CK® linkages, attack chain scenarios, false positives, and next steps to take." *See* Rule-based real-time correlation engine in Log360 (datasheet), https://download.manageengine.com/log-management/rule-based-real-time-correlation-engine-in-log360.pdf. Log360's Rule Library is "a centralized, cloud-delivered repository of security threat detection rules," providing "[o]ver 2,000 predefined threat detection rules to spot insider threat, external threats, malware, APTs and more." *See* Rule Library overview — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-library/overview.html.<br><br>Rules are stored as structured records. A rule's Type attribute "[s]pecifies whether the rule is Standard, Anomaly, or Advanced." *See* Rule Library overview — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-library/overview.html. At least some rules also carry a MITRE ATT&CK mapping as a stored attribute — "[e]ach rule entry provides detailed information, including severity, MITRE ATT&CK mapping, tags, execution mode, alert profiles, and detection history." *See* Managing rules — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/managing-rules.html. "Every rule shows associated MITRE ATT&CK tactics and techniques for contextual understanding." *See* MITRE ATT&CK framework integration in Log360, https://www.manageengine.com/log-management/mitre-attack-framework.html. "Once the rules are updated, the Available Rules tab in the solution's console lets you install and configure them." *See* Rule Library overview — Log360 help, |

| Claim 1 | Log360 Mapping |
| --- | --- |
| | https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-library/overview.html. Advanced rules are managed by the Rule Library. *See* Rule Library overview — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-library/overview.html. |
| **1[b]: "wherein each rule identifies an action sequence;"** | Log360 meets the requirement "wherein each rule identifies an action sequence" literally or under the doctrine of equivalents.<br><br>Log360 includes a Manage Rules module, which manages at least three rule types — Standard Rules, Anomaly Rules, and Advanced Rules — and integrates additional rule sources including UEBA (User and Entity Behavior Analytics), ATA (Advanced Threat Analytics), MITRE, and Correlation. *See* Rule management overview — Log360 help, https://www.manageengine.com/au/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/overview.html. Advanced Rules include actions or criteria or sequences linked to multiple actions, while Anomaly leverage an anomaly model. *Id*. A separate correlation-rule builder in an EventLog Analyzer produces correlation rules composed of ordered action sequences. Each rule entry carries an associated MITRE ATT&CK tactic and technique mapping as a stored contextual attribute alongside severity, tags, execution mode, alert profiles, and detection history. *See* Managing rules — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/managing-rules.html.<br><br>Advanced rules also identify action sequences. Log360 uses "advanced rules for identifying complex attack sequences," where "[t]he action sequences are defined |

| Claim 1 | Log360 Mapping |
|---|---|
| | in order, and the rule will be triggered when the full pattern of actions occurs." *See* Understanding rules — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/understanding-rules.html. The sequencing operator is "Followed by within." "For each action, specify the time interval within which it must be followed by the next action using the Followed by within field." *Id*.<br><br>Correlation rules also identify action sequences. In the EventLog Analyzer correlation rule builder, "[e]ach action in a correlation rule corresponds to a log," and rules are composed as ordered action lists — "[t]o create correlation rules, select one or more actions from the following groups." *See* Correlation rule builder — EventLog Analyzer user guide, https://www.manageengine.com/products/eventlog/help/StandaloneManagedServer-UserGuide/Real-timeEventCorrelation/correlation-rule-builder.html. Among the building blocks of custom rules are "[s]equences of actions" with "[t]ime-based chaining of events (e.g., event A to event B to event C within five minutes)." *See* Rule-based real-time correlation engine in Log360 (datasheet), https://download.manageengine.com/log-management/rule-based-real-time-correlation-engine-in-log360.pdf.<br><br>UEBA also identifies multi-step behavior through rule sequencing capability. In Log360 UEBA, "[a]n example of a pattern anomaly is a user account having a successful logon after eight consecutive login failures, followed by multiple file deletions, modifications, and data transfers made from that account." *See* Log360 UEBA — user and entity behavior analytics software, https://www.manageengine.com/log-management/ueba/user-and-entity-behavior-analytics-software.html. UEBA rules — including anomaly rules — are managed |

| Claim 1 | Log360 Mapping |
| --- | --- |
| | inside the Manage Rules module alongside Standard, Anomaly, and Advanced rule types. *See* Rule management overview — Log360 help, https://www.manageengine.com/au/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/overview.html.<br><br>Each rule's identified action sequence is expressly contextualized with the MITRE ATT&CK tactic and technique it represents: "Every rule shows associated MITRE ATT&CK tactics and techniques for contextual understanding." *See* MITRE ATT&CK framework integration in Log360, https://www.manageengine.com/log-management/mitre-attack-framework.html. The MITRE mapping is carried as a stored per-rule attribute: "Each rule entry provides detailed information, including severity, MITRE ATT&CK mapping, tags, execution mode, alert profiles, and detection history." *See* Managing rules — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/managing-rules.html.<br><br>The on-premises product ships with "2,286 Out-of-the-Box Detection Rules." *See* Detection engineering in Log360, https://www.manageengine.com/log-management/detection-engineering.html; *see also* Correlation Rule Library, https://www.manageengine.com/log-management/correlation-rules.html. |
| **1[c]: "storing, in a policy database, a plurality of assessment policies, wherein each assessment policy includes at least one rule of the plurality of rules;"** | Log360 meets the requirement "storing, in a policy database, a plurality of assessment policies, wherein each assessment policy includes at least one rule of the plurality of rules" literally or under the doctrine of equivalents.<br><br>In Log360, "you can create predefined or custom alert profiles, set severity levels, and receive notifications. alerts can also trigger automated actions through |

| Claim 1 | Log360 Mapping |
|---|---|
| | playbooks for faster response." *See* Alerts overview — Log360 help, https://www.manageengine.com/log-management/help/working-with-log360/alerts/overview.html. "Choose from over 1,000 predefined alerting criteria to cover a wide range of threat scenarios. You can also build custom alert profiles tailored to your organization's needs, applying parameters like thresholds and time ranges for precise control." *Id.*<br><br>"The manage alerts section provides an overview of all configured alert profiles along with their severity, associated log sources, and notification settings." *See* Manage alert profiles — Log360 help, https://www.manageengine.com/log-management/help/working-with-log360/alerts/manage-alert-profiles.html. Profiles are enumerable and portable records: "Browse and select the file that contains the alert profiles you wish to import." *Id.* The alert profiles and correlation rules as configurable stores that "[r]educe the burden on security operations centers (SOCs) with predefined alert profiles, reports, and correlation rules." *See* ManageEngine Log360 datasheet, https://download.manageengine.com/log-management/manageengine-log360-datasheet.pdf.<br><br>Alert profiles are persistent records with defined structure (severity, log sources, rules, notification settings), enumerated and managed through Manage Alert Profiles, and are capable of being imported and exported. *See* Manage alert profiles — Log360 help, https://www.manageengine.com/log-management/help/working-with-log360/alerts/manage-alert-profiles.html (persisted enumeration and import/export); Create alert profile — Log360 help, https://www.manageengine.com/log-management/help/working-with-log360/alerts/create-alert-profile.html (structured record created and listed on the Manage Alert Profiles page); Managing rules — Log360 help, |

| Claim 1 | Log360 Mapping |
| --- | --- |
| | https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/managing-rules.html (uniqueness constraint on alert profile name).<br><br>An alert profile includes at least one rule stored in Log360's rule repositories. The Manage Rules module of Log360 "[p]rovides the option to create an alert profile for all the rules listed." *See* Managing rules — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/managing-rules.html. "A confirm action pop-up will appear if an alert profile is associated with the said rule." *Id*. In the real-time correlation engine, "[t]he analyst can link an alert profile to a correlation rule, which will enable them to leverage Log360's automated response workflows." *See* Rule-based real-time correlation engine in Log360 (datasheet), https://download.manageengine.com/log-management/rule-based-real-time-correlation-engine-in-log360.pdf. In Log360's automated-incident-response workflow, the analyst is directed to "[u]pdate the correlation alert profile to map the correlation rule with the response workflow." *See* Automated incident response using Log360, https://www.manageengine.com/log-management/blog/automated-incident-response-using-log360.html. Three documented rule types are provided: Standard, Anomaly, and Advanced, which appear together in the Manage Rules list. *See* Managing rules — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/managing-rules.html. An alert profile can be created for all three rule types. *Id*.<br><br>Rules may be selected for inclusion into an alert profile using the Alert Criteria Builder. *See* Create alert profile — Log360 help, https://www.manageengine.com/log-management/help/working-with- |

| Claim 1 | Log360 Mapping |
| --- | --- |
| | log360/alerts/create-alert-profile.html. "Browse through predefined, security-focused alert rules mapped to common threat patterns and anomalous activities." *Id*. The profile is maintained after creation: "the alert profile is now created and listed on the Manage Alert Profiles page" *Id*.; *see also* Alert notifications and remediations — Log360 help, https://www.manageengine.com/log-management/help/working-with-log360/alerts/alert-notifications-and-remediations.html.<br><br>An alert profile includes rule/criteria selection, log-source scoping, filter, severity, thresholding, and response configuration. The Alert Criteria Builder collects rule/criteria selection across four sub-tabs: "There are 4 sub-tabs available in the Alert Criteria Builder: - Predefined Alert Criteria - Rules - Compliance Alert Criteria - Custom Alert Criteria." *See* Create alert profile — Log360 help, https://www.manageengine.com/log-management/help/working-with-log360/alerts/create-alert-profile.html. "Choose the Log Source(s) to be configured under this alert profile." *Id*. "… Click on the checkbox to enable Filter for this alert profile." *Id*. The alert profile stores a severity value: "Choose the severity level for the alerts generated by this profile from the Severity drop-down. Available options are: - Critical - Trouble - Attention." *Id*. The alert profile stores threshold configuration under Advanced Configuration, including a machine-learning driven Smart Threshold: "Expand the Advanced Configuration section to refine alert trigger conditions"; "Manual Threshold: Define the number of event occurrences and the time interval (in minutes)"; "Smart Threshold: Enter the time interval, and the optimal event count will be automatically determined using ML algorithms to reduce false positives"; "Time Range: Specify working hours during which the alert profile should be active." *Id*. "Under Alert Notification, configure notifications and playbooks for the alert profile" and "Check the Enable Playbook |

| Claim 1 | Log360 Mapping |
|---|---|
| | box to select or add a predefined playbook that should run automatically when the alert is triggered." *Id*.<br><br>An alert profile includes the rule(s) selected during profile configuration. Log360's Manage Rules module "[p]rovides the option to create an alert profile for all the rules listed here," and "[a] confirm action pop-up will appear if an alert profile is associated with the said rule." *See* Managing rules — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/managing-rules.html. Log360's real-time correlation operates similarly: "[t]he analyst can link an alert profile to a correlation rule, which will enable them to leverage Log360's automated response workflows." *See* Rule-based real-time correlation engine in Log360 (datasheet), https://download.manageengine.com/log-management/rule-based-real-time-correlation-engine-in-log360.pdf. Log360's automated-incident-response workflow directs the analyst to "[u]pdate the correlation alert profile to map the correlation rule with the response workflow." *See* Automated incident response using Log360, https://www.manageengine.com/log-management/blog/automated-incident-response-using-log360.html. |
| **1[d]: "identifying, using at least one assessment policy, a runtime risk for an application program that executes on a device, wherein the identified runtime risk indicates a risk or threat of the identified action sequence of the application;"** | Log360 meets the requirement "identifying, using at least one assessment policy, a runtime risk for an application program that executes on a device, wherein the identified runtime risk indicates a risk or threat of the identified action sequence of the application" literally or under the doctrine of equivalents.<br><br>Log360 employs at least one alert profile to identify a runtime risk for an application program executing on a device. "The real-time correlation engine monitors incoming log events from endpoints, servers, applications, and network |

| Claim 1 | Log360 Mapping |
|---|---|
| | devices. It continuously scans these events for defined patterns that match attack behaviors.” *See* Rule-based real-time correlation engine in Log360 (datasheet), https://download.manageengine.com/log-management/rule-based-real-time-correlation-engine-in-log360.pdf.<br><br>Additionally, Log360 UEBA “employs statistical models such as robust principal component analysis (RPCA) and Markov chains to establish behavioral baselines. These anomaly detection models help detect time, count, and pattern anomalies.” *See* Log360 UEBA — user and entity behavior analytics software, https://www.manageengine.com/log-management/ueba/user-and-entity-behavior-analytics-software.html. “An example of a pattern anomaly is a user account having a successful logon after eight consecutive login failures, followed by multiple file deletions, modifications, and data transfers made from that account.” *Id*. The identified risk is quantified: “A risk score is then calculated based on comparisons between observed activities and the baseline.” *See* UEBA threat detection with Log360, https://www.manageengine.com/log-management/ueba-threat-detection.html.<br><br>The evaluation is triggered through the alert profile at runtime. An operator can “[c]reate a correlation rule to automatically detect the pattern and trigger an alert,” and the rule is bound to a policy: “Update the correlation alert profile to map the correlation rule with the response workflow.” *See* Automated incident response using Log360, https://www.manageengine.com/log-management/blog/automated-incident-response-using-log360.html. “You can enable contextual risk scoring to get a better sense of the risk posed by a user at the current time.” *See* Risk scoring — Log360 UEBA help, https://www.manageengine.com/log- |

| Claim 1 | Log360 Mapping |
|---|---|
| | management/ueba/help/risk-scoring.html.<br><br>A runtime risk indicates the risk or threat of an identified action sequence of the application, as expressed both by the sequence pattern itself and by the MITRE ATT&CK tactic and technique to which the sequence is mapped. Sequence pattern: "Multi-event correlation links events across endpoints, servers, databases, firewalls, SaaS platforms, and cloud applications. Sequence logic identifies multi-stage attacks, lateral movement, and advanced campaigns rather than treating alerts in isolation." *See* Rule-based event correlation in Log360, https://www.manageengine.com/log-management/event-correlation-tool.html. "Every rule shows associated MITRE ATT&CK tactics and techniques for contextual understanding." *See* MITRE ATT&CK framework integration in Log360, https://www.manageengine.com/log-management/mitre-attack-framework.html. "Each rule entry provides detailed information, including severity, MITRE ATT&CK mapping, tags, execution mode, alert profiles, and detection history." *See* Managing rules — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/managing-rules.html.<br><br>Log360's Vigil IQ threat detection, investigation, and response (TDIR) module identifies specific types of threats. "The Smart Threshold functionality is a part of Log360's Vigil IQ, the threat detection, investigation, and response (TDIR) module of Log360, which works with the real-time event response console, and user entity behavior analytics (UEBA)." *See* Adaptive threshold for threat detection — ManageEngine Log360, https://www.manageengine.com/log-management/adaptive-threshold.html. Vigil IQ maps observed event sequences to named threat categories: repeated Logon events map to "Brute-force attack |

| Claim 1 | Log360 Mapping |
|---|---|
| | Credential compromise"; abnormal spikes in new outbound or inbound connections map to "Command and control channel compromise, data exfiltration"; increases in DNS redirect events map to "Pharming attacks, botnets"; and new files popping up, increases in resource utilization, and application crashes map to "Malware." *Id*. Vigil IQ's Smart Threshold field is configurable inside an alert profile, *e.g.*, under Advanced Configuration: "Smart Threshold: Enter the time interval, and the optimal event count will be automatically determined using ML algorithms to reduce false positives." *See* Create alert profile — Log360 help, https://www.manageengine.com/log-management/help/working-with-log360/alerts/create-alert-profile.html. The pre-defined rule set of the Manage Rules is "tailored to meet all the criteria of some of the most common threat patterns like privilege escalations, malware indicators, etc." and helps "narrow down the scope for threat detection by targeting specific or widely known risky and unusual behaviors in your environment for threats like insider attacks, brute-force attacks, data exfiltration, etc." *See* Rule management overview — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/rule-management-overview.html. Log360's MITRE ATT&CK integration frames operationally observed threat types: "Detect complex attacks, including insider threats, ransomware, cloud misconfigurations, and multi-stage APTs with MITRE ATT&CK-aligned, context-aware rules." *See* MITRE ATT&CK framework integration in Log360, https://www.manageengine.com/log-management/mitre-attack-framework.html. In operation, "Log360 helped detect insider threats, unusual login patterns, privilege escalations, and potential data exfiltration attempts in real time." *Id*.<br><br>Log360's runtime identification also predicts threat types. Vigil IQ's count-based |

| Claim 1 | Log360 Mapping |
| --- | --- |
| | anomaly detection, executed through the Smart Threshold field configured inside the alert profile, *see* Create alert profile — Log360 help, https://www.manageengine.com/log-management/help/working-with-log360/alerts/create-alert-profile.html, produces indicators "to help capture important indicators of compromise early on, before threat patterns of ransomware attacks, and advanced persistent threats fully develop." *See* Adaptive threshold for threat detection — ManageEngine Log360, https://www.manageengine.com/log-management/adaptive-threshold.html. Log360's detections "reveal early compromise attempts," "provid[e] early detection of lateral spread," and "identify early signs of unauthorized data collection." *See* MITRE ATT&CK framework integration in Log360, https://www.manageengine.com/log-management/mitre-attack-framework.html.<br><br>Log360's rule-based correlation engine and UEBA engine evaluate live events emitted by monitored application programs (*e.g.*, SQL/Oracle databases, IIS/Apache web servers, PowerShell/WMI processes, and other enumerated processes) using alert profiles. Rules trigger on process and application events — executable creation, PowerShell command lines, and suspicious parent-child process relationships — and the runtime risk produced expressly names the MITRE ATT&CK tactic and technique of the identified action sequence. *See* Rule-based real-time correlation engine in Log360 (datasheet), https://download.manageengine.com/log-management/rule-based-real-time-correlation-engine-in-log360.pdf. (attack-chain examples on application events); Correlation Rule Library, https://www.manageengine.com/log-management/correlation-rules.html (process rule categories); Understanding rules — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/understanding- |

| Claim 1 | Log360 Mapping |
|---|---|
| | rules.html (executable-creation advanced-rule use case); MITRE ATT&CK framework integration in Log360, https://www.manageengine.com/log-management/mitre-attack-framework.html (tactic/technique context on the identified sequence). |
| **1[e]: "identifying, by a runtime monitor including a processing device, a behavior score for the application program that executes on the device based on the identified runtime risk;"** | Log360 meets the requirement "identifying, by a runtime monitor including a processing device, a behavior score for the application program that executes on the device based on the identified runtime risk" literally or under the doctrine of equivalents.<br><br>Vigil IQ "collects, processes, and analyzes log and event data utilizing its Analytics Engine (AE) which then classifies the information as notable security events, alerts, and behavioral insights for enhanced visibility and auditing." *See* Vigil IQ — the TDIR engine in Log360, https://www.manageengine.com/log-management/VigilIQ-TDIR.html.<br><br>Behavior scores are listed among core capabilities: "Identifies anomalies, assigns risk scores to users and entities, and corroborates threats using machine learning." *See* ManageEngine Log360 datasheet, https://download.manageengine.com/log-management/manageengine-log360-datasheet.pdf. A score architecture is category-based: in Log360 UEBA, "[t]here are five categories of threats for which risk scoring is done." *See* Risk scoring — Log360 UEBA help, https://www.manageengine.com/log-management/ueba/help/risk-scoring.html. A scoring feature is named "score-based risk assessment" and the "UEBA dashboard features a score-based risk assessment to help you prioritize threats and determine which events actually merit investigation." *See* Score-based risk assessment — UEBA \| Log360, https://www.manageengine.com/log- |

| Claim 1 | Log360 Mapping |
|---|---|
| | management/ueba/track-user-and-entity-activities.html.<br><br>A score is derived from identified runtime risk. In the UEBA scoring engine, "[a]ny time a user's or entity's observed activity deviates from its baseline of expected activities, the risk score of the user or entity associated with one or more of the above threat categories will be increased." *See* Risk scoring — Log360 UEBA help, https://www.manageengine.com/log-management/ueba/help/risk-scoring.html. In Log360, "[t]he basis of this assessment is that all anomalies are assigned specific values, and a risk score is generated for each user and entity based on how dangerous their behavior is." *See* Score-based risk assessment — UEBA \| Log360, https://www.manageengine.com/log-management/ueba/track-user-and-entity-activities.html. "Anomalous behavior generates a risk score depending on its severity and subsequently triggers an alert so that necessary action can be taken to mitigate the threat. Anomalies are identified as time-based, count-based, and pattern-based." *See* UEBA threat detection with Log360, https://www.manageengine.com/log-management/ueba-threat-detection.html.<br><br>In some instances, the score is configurable (weights and time decay): "You will have the flexibility to assign weights and the time decay factor for each activity that affects the risk score of the threat categories." *See* Risk scoring — Log360 UEBA help, https://www.manageengine.com/log-management/ueba/help/risk-scoring.html. "You can customize the risk score based on the category, weight and decay factor of the anomaly." *See* Log360 UEBA general settings, https://www.manageengine.com/log-management/ueba/help/setting/ueba-general-settings.html. A weight parameter "can be used while calculating an overall risk score for the user or entity." *See* UEBA risk score customization and its importance in threat detection, https://www.manageengine.com/log- |

| Claim 1 | Log360 Mapping |
|---|---|
| | management/cyber-security/ueba-risk-score-customization-and-its-importance-in-threat-detection.html; UEBA in Log360, https://www.manageengine.com/log-management/user-and-entity-behavior-analytics.html; Behavior based attack detection with Log360, https://www.manageengine.com/log-management/behavior-based-attack-detection-ueba.html.<br><br>In some instances, a behavior score is associated with application-program behavior. The risk-scoring subsystem tracks behavior across users and entities, such as hosts and processes on which application programs execute. *See* Vigil IQ — the TDIR engine in Log360, https://www.manageengine.com/log-management/VigilIQ-TDIR.html (Vigil IQ + Analytics Engine as the runtime monitor), *See* Risk scoring — Log360 UEBA help, https://www.manageengine.com/log-management/ueba/help/risk-scoring.html. (behavior scoring across entities); Log360 UEBA — user and entity behavior analytics software, https://www.manageengine.com/log-management/ueba/user-and-entity-behavior-analytics-software.html (behavior-score coverage of application-executing entities).<br><br>The detection output's Entity type field "[i]ndicates whether the anomaly was triggered by a user, host, application, or service account. Entity classification helps in correlating repeated anomalies from the same source," and the Entity name field "[d]isplays the identity of the anomalous entity. For example, the user or host responsible for the deviation. This helps in quickly pivoting to user- or asset-centric investigations." *See* Managing rules — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/managing-rules.html. Each detection carries a stored severity level assigned to the detected activity: "Displays the severity level set for the rules- Critical, Trouble or Attention," and for standard |

| Claim 1 | Log360 Mapping |
| --- | --- |
| | detections, "Outcome and severity: Indicates whether the operation succeeded and the severity level assigned to the detection." *Id*. Advanced-rule detections carry an additional per-log-event risk metric: "Risk level: Indicates the risk rating of the individual log event (for example, Low, Medium, or High). This helps analysts assess the criticality of the detected activity." *Id*. The Critical / Trouble / Attention severity, the success / failure outcome-and-severity, and the Low / Medium / High Risk level are stored graded metrics attached to a detection produced by an application's behavior.<br><br>For UEBA, "a risk score is generated for each user and entity based on how dangerous their behavior is," *see* Score-based risk assessment — UEBA \| Log360, https://www.manageengine.com/log-management/ueba/track-user-and-entity-activities.html, and "[e]ach user and entity detected for an anomaly is assigned a risk score based on its severity and potential impact," *See* User and Entity Behavior Analytics (UEBA) in Log360 Cloud — Log360 help, https://www.manageengine.com/log-management/help/user-entity-behavior-analytics/cloud-ueba-overview.html. The Anomaly Report output records the identified entity together with its risk score, highlighting "[t]he user or entity involved; [t]ype of anomaly (time, count, pattern); [r]isk scores of anomalous users and entities." *See* ManageEngine Log360 Cloud UEBA Architecture, https://www.manageengine.com/log-management/help/user-entity-behavior-analytics/cloud-ueba-architecture.html. "An anomaly will be triggered for each of the configured models and two behavioral constructors - On Host, By User." *See* Understanding rules — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/understanding-rules.html. |

| Claim 1 | Log360 Mapping |
|---|---|
| | Log360's risk-scoring inputs are application-executed actions — process creation, file modification, registry writes, and similar application-driven events — and the resulting score is attributed to the entity on which those actions were performed. *See* Managing rules — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/managing-rules.html. |
| **1[f]: "wherein the action sequence is a sequence of at least two performed actions, and each performed action is at least one of a user action, an application action, and a system action."** | Log360 meets the requirement "wherein the action sequence is a sequence of at least two performed actions, and each performed action is at least one of a user action, an application action, and a system action" literally or under the doctrine of equivalents.<br><br>An action sequence used by Log360 to identify multi-step behavior is a sequence of at least two performed actions. *See* Rule management overview — Log360 help, https://www.manageengine.com/au/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/overview.html. Log360's Advanced rules "help in detection of complex, multi-step incidents by correlating sequences of events corresponding to multiple actions. Additionally, by linking actions in sequence, you can spot attack patterns that span over several event types, for instance, several logon failures followed by a successful login." *See* Understanding rules — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/understanding-rules.html.<br><br>The sequencing of actions is substantially supported. "For each action, specify the time interval within which it must be followed by the next action using the Followed by within field." *Id.* The sequencing defines "[t]ime-based chaining of |

| Claim 1 | Log360 Mapping |
|---|---|
| | events (e.g., event A to event B to event C within five minutes).” *See* Rule-based real-time correlation engine in Log360 (datasheet), https://download.manageengine.com/log-management/rule-based-real-time-correlation-engine-in-log360.pdf. UEBA also evidence sequencing behavior through the same Manage Rules Advanced-rule sequencing capability. In Log360 UEBA, “[a]n example of a pattern anomaly is a user account having a successful logon after eight consecutive login failures, followed by multiple file deletions, modifications, and data transfers made from that account.” *See* Log360 UEBA — user and entity behavior analytics software, https://www.manageengine.com/log-management/ueba/user-and-entity-behavior-analytics-software.html.<br><br>“Each action in a correlation rule corresponds to a log,” *See* Correlation rule builder — EventLog Analyzer user guide, https://www.manageengine.com/products/eventlog/help/StandaloneManagedServer-UserGuide/Real-timeEventCorrelation/correlation-rule-builder.html. In Log360, to “[c]reate correlation rules, select one or more actions from the following groups.” *Id*. Actions are cross-linked into sequences: “The link to comparison type is used to check the value of the selected field against the value of a field in another action (belonging to the same rule).” *Id*.<br><br>The performed actions span the three claimed classes — user, application, and system actions. User actions (logon/authentication): “several logon failures followed by a successful login.” *See* Understanding rules — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/understanding-rules.html. Application actions (executable and process activity): “An advanced rule correlating ‘executable creation’ with ‘scheduled task creation’ on QA-tagged machines and |

| Claim 1 | Log360 Mapping |
|---|---|
| | filters on user roles with a threshold on event sequence within 10 minutes flags such unauthorized deployment activity early on." *Id*. System actions (file, scheduled task and process-relationship events): "An advanced rule correlating 'file deletion' actions with 'bulk file rename' events along with a threshold on total file access count within a 10-minute window and filters will narrow down the scope to the unauthorized critical server access." *See* Understanding rules — Log360 help, https://www.manageengine.com/log-management/help/threat-intelligence-and-analytics/threat-detection/rule-management/understanding-rules.html; Correlation Rule Library, https://www.manageengine.com/log-management/correlation-rules.html; MITRE ATT&CK framework integration in Log360, https://www.manageengine.com/log-management/mitre-attack-framework.html. |